Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile:  (702) 463-8401
E-mail:  minfuso@greeneinfusolaw.com
              kbarlow@greeneinfusolaw.com

Attorneys for Defendant
National Consumer Telecom & Utilities Exchange, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRYAN KNEW,<br><br>                                  Plaintiff,<br><br>v.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC,<br><br>                                  Defendant. | Case No. 2:21-cv-01902-JCM-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME FOR NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC. TO FILE RESPONSE TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendant National Consumer Telecom & Utilities Exchange, Inc. ("Defendant" or "NCTUE"), by and through its counsel of record, the law firm Greene Infuso, LLP, and Plaintiff Bryan Knew ("Plaintiff" or "Knew), by and through his counsel of record, the law firm of Krieger Law Group, LLC, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed its Complaint on October 15, 2021;

WHEREAS, Defendant NCTUE'S deadline to respond to Plaintiff's Complaint is December 13, 2021;

WHEREAS, due to the recent retention of counsel and the upcoming holidays, NCTUE's counsel needs additional time to investigate and prepare a response to the Complaint;

WHEREAS, Plaintiff has agreed to give Defendant NCTUE up through and including January 3, 2022 in which to respond to Plaintiff's Complaint;

1

1  WHEREAS, there are no other deadlines that are affected by this stipulation that are presently known to the parties; and

WHEREAS, this stipulation is not entered into for any improper purpose or to delay;

THEREFORE, Plaintiff and NCTUE hereby stipulate and agree that NCTUE may have up through January 3rd, 2022 in which to respond to Plaintiff's Complaint.

Respectfully Submitted by:                                   Approved by:

**GREENE INFUSO, LLP**                                **KRIEGER LAW GROUP, LLC**

/s/ Michael V. Infuso                                        /s/ Shawn W. Miller
Michael V. Infuso, Esq.                                   Shawn W. Miller, Esq.
Nevada Bar No. 7388                                      Nevada Bar No. 7825
Keith W. Barlow, Esq.                                     500 N. Rainbow Blvd. Suite 300
Nevada Bar No. 12689                                   Las Vegas, Nevada 89107
3030 South Jones Blvd. Suite 101
Las Vegas, Nevada 89146

### O R D E R

**IT IS SO ORDERED**

**DATED:** 12:21 pm, December 14, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2