David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No.  7825
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Road, Suite 200
Las Vegas, Nevada 89148
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Bryan Knew*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRYAN KNEW,<br><br>              Plaintiff(s),<br><br>       vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.,<br><br>              Defendant(s). | Case No.: 2:21-cv-01902-JCM-BNW<br><br><br>**STIPULATION AND ORDER DISMISSING ACTION, WITH PREJUDICE, AS TO NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.** |

IT IS HEREBY STIPULATED by and between Bryan Knew ("Plaintiff") and Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE"), collectively the "Parties," by and through their counsel of record, that the above-entitled action shall be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(2). Accordingly, the Parties request that the Court dismiss National Consumer Telecom & Utilities Exchange, Inc. from this action.

IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own

attorney's fees, costs, and expenses.

STIPULATED and DATED on May 19, 2022.

*/s/ Shawn W. Miller*
David H. Krieger, Esq.
Shawn W. Miller, Esq.
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Road,
Suite 200
Las Vegas, Nevada 89148
Attorneys for Plaintiff
**Bryan Knew**

*/s/ Michael V. Infuso*
Michael V. Infuso, Esq.
GREENE INFUSO, LLP
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Attorneys for Defendant
**National    Consumer    Telecom    &
Utilities Exchange, Inc.**

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: May 25, 2022
_____